<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7768**

---

ANTONIO COX,

Plaintiff - Appellant,

versus

DOCTOR AMONETTE; DAVE SMITH, Warden; RON ANGELONE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-98-492-R)

---

Submitted: April 13, 1999          Decided: April 23, 1999

---

Before ERVIN and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Antonio Cox, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antonio Cox, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny Cox's motion for appointment of counsel and dismiss the appeal on the reasoning of the district court. See Cox v. Amonette, No. CA-98-492-R (W.D. Va. Sept. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED